# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENCESLAO COLDERON-MONZON,<br><br>            Petitioner,<br><br>    v.<br><br>TIMOTHY S. ROBINS, et al.,<br><br>            Respondents. | Case No. SACV 12-0871-TJH (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that judgment be entered dismissing this action with prejudice.

DATED: October 10, 2012

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE