# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENCESLAO COLDERON-MONZON,<br><br>                Petitioner,<br><br>    v.<br><br>TIMOTHY S. ROBINS, et al.,<br><br>                Respondents. | Case No. SACV 12-0871-TJH (JEM)<br><br>**J U D G M E N T** |

      In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 10, 2012

                                                  TERRY J. HATTER, JR.
                                          UNITED STATES DISTRICT JUDGE