# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENCESLAO COLDERON-MONZON, | Case No. SACV 12-0871-TJH (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| TIMOTHY S. ROBINS, et al., | |
| Respondents. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 10, 2012

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE